**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| LAURA L. GILLEAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANET NAPOLITANO, SECRETARY, )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, A GOVERNMENT )<br>ENTITY; TRANSPORTATION SECURITY )<br>ADMINISTRATION, A GOVERNMENT )<br>ENTITY, and JOHN DOES 1-10, )<br>)<br>Defendants. ) | Case No. 3:14-cv-0040 |

**ORDER**

    **THIS MATTER** is before the Court *sua sponte.* On August 11, 2015, Plaintiff's complaint was dismissed with prejudice as to the Transportation Security Administration and John Does 1-10, and without prejudice as to the Secretary of the Department of Homeland Security. ECF No. 9. Plaintiff was further granted leave to file an amended complaint no later than 3:00 P.M. on August 24, 2015. *Id.* On August 24, 2015, Plaintiff filed a motion requesting a one-week extension of time, seeking to file her amended complaint by August 31, 2015. ECF No. 13. Despite this, no amended complaint has been filed to date. Accordingly, it is hereby

    **ORDERED** that this matter is **DISMISSED.** It is further

    **ORDERED** that the Clerk of Court shall **CLOSE** this case.

**Dated:** March 10, 2021                                      */s/ Robert A. Molloy*
                                                                               **ROBERT A. MOLLOY**
                                                                               **District Judge**